**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel Enrique REYNA, Defendant–
Appellant.**

**No. 01–41164.**

United States Court of Appeals,
Fifth Circuit.

July 16, 2003.

Katherine L. Haden and James Lee Turner, Asst. U.S. Attys., Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Fed. Pub. Def., H. Michael Sokolow, Houston, TX, Thomas G. Lindenmuth, McAllen, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS, CLEMENT and PRADO, Circuit Judges.

BY THE COURT:

A majority of judges in active service having determined, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.